IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHUGAI PHARMACEUTICAL CO., LTD., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 18-1802-MN ) |
| ALEXION PHARMACEUTICALS, INC., | ) **CONSOLIDATED** ) |
| Defendant. | ) ) |

## MOTION AND PROPOSED ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Daniel P. Levison, of Morrison & Foerster (Singapore) LLP, to represent plaintiff Chugai Pharmaceutical Co., Ltd., in this matter.

/s/ Nathan R. Hoeschen
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Plaintiff*

OF COUNSEL:
David C. Doyle
Brian M. Kramer
Eric M. Acker
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, CA 92130-2040
(858) 720-5100

Daniel P. Levison
MORRISON & FOERSTER LLP
50 Collyer Quay, #1201 OUE Bayfront
Singapore 049321

Dated: July 27, 2020

**[PROPOSED] ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for the admission *pro hac vice* of Daniel P. Levison is granted.

                                                                                     United States District Judge

Date: _____

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the States of New York, New Jersey, and Pennsylvania, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Daniel P. Levison

MORRISON & FOERSTER (SINGAPORE) LLP
50 Collyer Quay, #12-01 OUE Bayfront
Singapore 049321

Dated: July 27, 2020