IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHUGAI PHARMACEUTICAL CO., LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 18-1802-MN |
| | ) |
| ALEXION PHARMACEUTICALS, INC., | ) **CONSOLIDATED** |
| | ) |
| Defendant. | ) |

## MOTION AND PROPOSED ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Akira Irie, of Morrison & Foerster LLP, to represent plaintiff Chugai Pharmaceutical Co., Ltd., in this matter.

OF COUNSEL:
David C. Doyle
Brian M. Kramer
Eric M. Acker
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, CA 92130-2040
(858) 720-5100

Daniel P. Levison
MORRISON & FOERSTER LLP
50 Collyer Quay #1201 OUE Bayfront
Singapore 049321

Akira Irie
MORRISON & FOERSTER LLP
Shin-Marunouchi Building, 29th Floor
1-5-1 Marunouchi
Tokyo, Chiyoda-ku 100-6529, Japan

Dated: July 28, 2020

/s/ Nathan R. Hoeschen
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Plaintiff*

## **[PROPOSED] ORDER GRANTING MOTION**

      IT IS HEREBY ORDERED that counsel's motion for the admission *pro hac vice* of Akira Irie is granted.

                                                                           _____

                                                                           United States District Judge

Date: _____

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of California and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

_____
Akira Irie
MORRISON & FOERSTER LLP
Shin-Marunouchi Building, 29th Floor
1-5-1 Marunouchi
Tokyo, Chiyoda-ku 100-6529, Japan

Dated: July 28, 2020