# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHUGAI PHARMACEUTICAL CO., LTD., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALEXION PHARMACEUTICALS, INC., )<br>)<br>Defendant. )<br>) | C.A. No. 18-CV-1802-MN<br><br>**CONSOLIDATED** |

## JOINT STIPULATION AND [PROPOSED] ORDER
## TO EXTEND DISPOSITIVE MOTION DEADLINES

WHEREAS, Plaintiff Chugai Pharmaceutical Co., Ltd. ("Chugai") and Alexion Pharmaceuticals, Inc. ("Alexion") met and conferred, and agreed that an extension of the dispositive motion briefing schedule was warranted in light of personal obligations; and

WHEREAS, the parties' request to extend the dispositive motion deadlines is conditional on maintaining the existing trial date set for January 3, 2022. (D.I. 205.)

IT IS HEREBY STIPULATED AND ORDERED THAT:

1. The dispositive motion briefing deadlines are amended as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Opening Briefs | June 24, 2021 | July 1, 2021 |
| Answering Briefs | July 8, 2021 | July 22, 2021 |
| Reply Briefs | July 15, 2021 | August 2, 2021 |

2. All other current deadlines of the Scheduling Order shall remain in effect. (D.I. 205.)

| | |
|---|---|
| */s/ Nathan R. Hoeschen* <br> Karen E. Keller (No. 4489) <br> Nathan R. Hoeschen (No. 6232) <br> SHAW KELLER LLP <br> I.M. Pei Building <br> 1105 North Market Street, 12th Floor <br> Wilmington, DE 19801 <br> (302) 298-0700 <br> kkeller@shawkeller.com <br> nhoeschen@shawkeller.com <br><br> *Attorneys for Plaintiff* <br> *CHUGAI PHARMACEUTICAL CO., LTD.* | */s/ Michael J. Farnan* <br> Brian E. Farnan (No. 4089) <br> Michael J. Farnan (No. 5165) <br> FARNAN LLP <br> 919 N. Market Street, 12th Floor <br> Wilmington, DE 19801 <br> (302) 777-0300 <br> bfarnan@farnanlaw.com <br> mfarnan@farnanlaw.com <br><br> *Attorneys for Defendant* <br> *ALEXION PHARMACEUTICALS, INC.* |

Dated: June 16, 2021

      IT IS SO ORDERED this _____ day of _____, 2021.

 

                                            _____
                                            The Honorable Maryellen Noreika