

Nathan R. Hoeschen
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0709
nhoeschen@shawkeller.com

August 6, 2021

**BY CM/ECF & HAND DELIVERY**
The Honorable Maryellen Noreika
United States District Court
844 N. King Street
Wilmington, DE 19801

Re:   *Chugai Pharm. Co., Ltd. v. Alexion Pharms., Inc.*, C.A. No. 18-1802-MN (Consol.)

Dear Judge Noreika:

Pursuant to D. Del. L. R. 7.1.4, plaintiff Chugai Pharmaceutical Co., Ltd. ("Chugai") writes regarding oral argument on Chugai's Motion for Summary Judgment of Infringement (D.I. 278).

Chugai believes that this motion and and Alexion Pharmaceuticals, Inc.'s ("Alexion's") motions for summary judgment and Daubert (D.I. 285) may be decided on the papers without oral argument. However, to the extent that the Court holds oral argument on Alexion's motions as it has requested (D.I. 344), Chugai respectfully requests that the Court hear argument on Chugai's motion at the same time.

The parties' briefs on Chugai's motion may be found at Docket Items 279, 310, and 338. The parties' statements of undisputed facts may be found at Docket Items 280, 313, 314, and 339.  The relevant supporting exhibits and declarations may be found at Docket Items 281-284, 289, 290, 319, and 340.  Chugai served the reply brief on August 2, 2021.

Respectfully submitted,

/s/ *Nathan R. Hoeschen*

Nathan R. Hoeschen (No. 6232)

cc:   Clerk of the Court (by CM/ECF & hand delivery)
      All counsel of record (by CM/ECF & e-mail)