IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHUGAI PHARMACEUTICAL CO., LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 18-1802-MN |
| v. | ) | |
| | ) | **CONSOLIDATED** |
| ALEXION PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF WITHDRAWAL OF CERTAIN PRO HAC VICE COUNSEL

PLEASE TAKE NOTICE that the appearance of David C. Doyle, who recently retired from Morrison & Foerster, LLP, 12531 High Bluff Drive, Suite 100, San Diego, CA 92130-2040, is hereby withdrawn as counsel for Plaintiff Chugai Pharmaceutical Co., Ltd. ("Chugai"). Chugai will continue to be represented by the remaining counsel of record.

<table>
<tr><td>

OF COUNSEL:
Brian M. Kramer
Eric M. Acker
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, CA 92130-2040
(858) 720-5100

Daniel P. Levison
MORRISON & FOERSTER LLP
50 Collyer Quay, #1201 OUE Bayfront
Singapore 049321

Akira Irie
MORRISON & FOERSTER LLP
Shin-Marunouchi Building, 29th Floor
1-5-1 Marunouchi
Tokyo, Chiyoda-ku 100-6529, Japan

Dated: September 22, 2021

</td><td>

*/s/ Karen E. Keller*
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Plaintiff*

</td></tr>
</table>

1