

Karen E. Keller
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0702
kkeller@shawkeller.com

December 17, 2021

**BY CM/ECF & HAND DELIVERY**
The Honorable Maryellen Noreika
United States District Court
844 N. King Street
Wilmington, DE 19801

Re:     *Chugai Pharm. Co., Ltd. v. Alexion Pharms., Inc.*, C.A. No. 18-1802-MN (Consol.)

Dear Judge Noreika:

      Pursuant to the Court's Oral Order (D.I. 384), attached as requested are the parties' joint edits to the Court's proposed voir dire and preliminary jury instructions.

      Respectfully submitted,

      /s/ *Karen E. Keller*

      Karen E. Keller (No. 4489)

cc:     Clerk of the Court (by hand delivery)
       All counsel of record (by CM/ECF & e-mail)

the Court's Proposed Voir Dire and Proposed Preliminary Jury Instructions