IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHUGAI PHARMACEUTICAL CO., LTD., | ) | **Redacted - Public Version** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 18-1802-MN |
| | ) | |
| ALEXION PHARMACEUTICALS, INC., | ) | **CONSOLIDATED** |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION AND [PROPOSED] ORDER
TO STAY PENDING SETTLEMENT**

Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com

Brian E. Farnan (No. 4089)
Michael J. Farnan (No. 5165)
FARNAN LLP
919 N. Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Dated: February 14, 2022

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHUGAI PHARMACEUTICAL CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>ALEXION PHARMACEUTICALS, INC.,<br><br>Defendant. | Redacted - Public Version<br><br>████████<br><br>C.A. No. 18-CV-1802-MN<br><br>**CONSOLIDATED** |

**JOINT STIPULATION AND [PROPOSED] ORDER
TO STAY PENDING SETTLEMENT**

Plaintiff Chugai Pharmaceutical Co., Ltd. ("Chugai") and Alexion Pharmaceuticals, Inc. ("Alexion") hereby present the Court with a Joint Stipulation to Stay Pending Settlement;

WHEREAS, trial in this action was scheduled to begin on February 14, 2022;

█████████████████████████████████████████

█████████████████████████████████████████

████████████████

█████████████████████████████████████████

██████████████████████

█████████████████████████████████████████

█████████████████████████████████████████

WHEREAS, the parties now ask the Court to the stay the case and continue the trial;

WHEREAS, pursuant to D. Del. L.R. 16.4, counsel certifies that a copy of this stipulation has been sent to each client.

IT IS HEREBY STIPULATED AND ORDERED THAT: the case is STAYED for thirty days ████████████████████████████████████████ and the parties

- 2 -

thereafter file a stipulated dismissal.  If the settlement agreement is not finalized within 30 days, the Parties shall provide the Court a report regarding their progress toward a final settlement.

|  | Respectfully submitted, |
|---|---|
| /s/ *Karen E. Keller* | /s/ *Brian E. Farnan* |
| Karen E. Keller (No. 4489) | Brian E. Farnan (No. 4089) |
| Nathan R. Hoeschen (No. 6232) | Michael J. Farnan (No. 5165) |
| SHAW KELLER LLP | FARNAN LLP |
| I.M. Pei Building | 919 N. Market Street, 12th Floor |
| 1105 North Market Street, 12th Floor | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 777-0300 |
| (302) 298-0700 | bfarnan@farnanlaw.com |
| kkeller@shawkeller.com | mfarnan@farnanlaw.com |
| nhoeschen@shawkeller.com |  |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| CHUGAI PHARMACEUTICAL CO., LTD. | ALEXION PHARMACEUTICALS, INC. |

Dated: February 14, 2022

IT IS SO ORDERED this _____ day of _____, 2022.

_____
The Honorable Maryellen Noreika

## CERTIFICATE OF SERVICE

I, Nathan R. Hoeschen, hereby certify that on February 14, 2022, this document was served on the persons listed below in the manner indicated:

**BY EMAIL**

Brian E. Farnan
Michael J. Farnan
FARNAN LLP
919 N. Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Nicole A. Saharsky
MAYER BROWN LLP
1999 K Street, Northwest
Washington, DC 20006
(202) 263-3000
nsaharsky@mayerbrown.com

Brian W. Nolan
Ying-Zi Yang
Lisa M. Ferri
Manuel J. Velez
Richard J. McCormick
Lana S. Khoury
Ryan T. Babcock
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 506-2500
bnolan@mayerbrown.com
yyang@mayerbrown.com
lferri@mayerbrown.com
mvelez@mayerbrown.com
rmccormick@mayerbrown.com
lkhoury@mayerbrown.com
rbabcock@mayerbrown.com

  /s/ Karen E. Keller
  Karen E. Keller (No. 4489)
  Nathan R. Hoeschen (No. 6232)
  SHAW KELLER LLP
  I.M. Pei Building
  1105 North Market Street, 12th Floor
  Wilmington, DE 19801
  (302) 298-0700
  kkeller@shawkeller.com
  nhoeschen@shawkeller.com
  *Attorneys for Plaintiff*