IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHUGAI PHARMACEUTICAL CO., LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 18-1802-MN |
| | ) |
| ALEXION PHARMACEUTICALS, INC., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION AND ORDER OF DISMISSAL**
**WITH PREJUDICE OF CLAIMS IN THIS LITIGATION**

WHEREAS, Plaintiff and Counterclaim-Defendant Chugai Pharmaceutical Co., LTD. ("Chugai") and Defendant and Counterclaim-Plaintiff Alexion Pharmaceuticals, Inc. ("Alexion") (collectively, "the Parties") have resolved all claims and counterclaims concerning Chugai's allegations concerning United States Patent No. 9,890,377 and United States Patent No. 10,472,623 (collectively, "the Patents-in-Suit") and products containing ravulizumab ("the Accused Product"), and have signed a written settlement agreement, dated March 17, 2022.

It is hereby stipulated by the Parties, through their attorneys of record, subject to the approval of the Court, that:

1. All of the Parties' respective claims and counterclaims related to the Patents-in-Suit and the Accused Product are dismissed with prejudice;

2. Nothing in this Stipulation shall affect in any way any rights, claims, counterclaims, defenses, or affirmative defenses of any of the Parties relating to the Patents-in-Suit should those patents or patents claiming priority to a patent application to which the Patents-in-Suit claim priority be asserted against any product other than the Accused Product.

3. Each Party shall bear its own attorneys' fees, costs, and expenses; and

4. The Court retains jurisdiction to enforce the Parties' written settlement agreement.

Respectfully submitted,

/s/ *Karen E. Keller*
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com

OF COUNSEL:
Brian M. Kramer
Eric M. Acker
Wesley W. Chen
Karina N. Pundeff
Drew Alan Hillier
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, CA 92130-2040
(858) 720-5100

/s/ *Michael J. Farnan*
Brian E. Farnan (No. 4089)
Michael J. Farnan (No. 5165)
FARNAN LLP
919 N. Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

OF COUNSEL:
Nicole A. Saharsky
MAYER BROWN LLP
1999 K Street, Northwest
Washington, DC 20006
(202) 263-3000
nsaharsky@mayerbrown.com

<div style="display: flex;">

Brian R. Matsui
Seth W. Lloyd
Veronica Ascarrunz
MORRISON & FOERSTER LLP
2100 L Street, NW Suite 900
Washington, D.C. 20037
(202) 887-1500

Daniel P. Levison
MORRISON & FOERSTER LLP
50 Collyer Quay, #1201 OUE Bayfront
Singapore 049321

Akira Irie
MORRISON & FOERSTER LLP
Shin-Marunouchi Building, 29th Floor
1-5-1 Marunouchi
Tokyo, Chiyoda-ku 100-6529, Japan

*Attorneys for Plaintiff*
CHUGAI PHARMACEUTICAL CO., LTD.

</div>

Brian W. Nolan
Ying-Zi Yang
Lisa M. Ferri
Manuel J. Velez
Richard J. McCormick
Lana S. Khoury
Ryan T. Babcock
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 506-2500
bnolan@mayerbrown.com
yyang@mayerbrown.com
lferri@mayerbrown.com
mvelez@mayerbrown.com
rmccormick@mayerbrown.com
lkhoury@mayerbrown.com
rbabcock@mayerbrown.com

*Attorneys for Defendant*
ALEXION PHARMACEUTICALS, INC

Dated: March 17, 2022

SO ORDERED on this _____ day of _____, 2022

_____
                                                                                 J.